UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TAMARA WAREKA, P/K/A TAMARA WILLIAMS;<br>*Plaintiff*<br><br>v.<br><br>JW SANDERS PLLC, JESSICA WRIGHT SANDERS, ET AL.,<br>*Defendants* | §§§§§§§§§§<br><br>No. 1:23-CV-00246-RP |

REPORT OF MEDIATOR

TO:  THE HONORABLE ROBERT PITMAN
     UNITED STATES DISTRICT JUDGE

This is to report that after mediation session on June 26, 2024, the parties to the above case reached a settlement of all claims between them. The parties will draft and execute a formal settlement agreement and will present a proposed final judgment to the Court upon satisfaction of the terms of the agreement, which the parties anticipate will be within 60 days of this date.

The Clerk is directed to serve a copy of this report on all parties.

SIGNED June 26, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1